IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02140-REB-MEH

KRISTIN YANKOWSKI,

    Plaintiff,

v.

UPRIGHT INC., a corporation, and
TANFIELD GROUP PLC, a U.K. corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 11, 2011.**

    Defendant Upright, Inc.'s Motion to Quash Summons Served Upon David Sternweis [filed December 1, 2010; docket #16] is **denied**. The motion is construed as a motion to quash *service* pursuant to Fed. R. Civ. P. 4(h)(1)(B). While the Court acknowledges Plaintiff's admission that the October 8, 2010 service upon Mr. Sternweis, who is not the registered agent for Upright, Inc., appears to be incorrect, Plaintiff remedied the error by serving the proper registered agent for Upright on December 10, 2010. Docket #21. Upright does not contest this later service of process, which is timely under Rule 4(m). Therefore, pursuant to Rule 4(h)(1)(B), the Court will not quash service upon Defendant Upright, Inc. in this matter.

    Defendant Upright, Inc. shall file an answer or other response to the Complaint on or before January 14, 2011.

    In addition, Defendant Tanfield Group PLC's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading [filed January 10, 2011; docket #25] is **granted**. Tanfield Group PLC shall file an answer or other response to the Complaint on or before January 14, 2011.