IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   10-cv-02140-REB-MEH | Date:   July 6, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

KRISTIN YANKOWSKI,                                              John Purvis

     Plaintiff,

vs.

UPRIGHT INC. and
TANFIELD GROUP PLC,                                            Richard Waltz
                                                                                 Christina Dixon

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     9:53 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant Tanfield's Motion to Amend Scheduling Order (Doc. #69, filed 6/29/2011).  Mr. Waltz provides the Court with a list of additional witnesses he would like to depose.

**ORDERED:**  Defendant Tanfield's Motion to Amend Scheduling Order (Doc. #69, filed 6/29/2011) is GRANTED.  The Court approves Defendant Tanfield's list of additional witnesses to be deposed.

**Court in recess:**       10:24 a.m.   (Hearing concluded)
**Total time in court:**  0:31