**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02140-REB-MEH

KRISTIN YANKOWSKI,

    Plaintiff,

v.

UPRIGHT INC., a corporation, and
TANFIELD GROUP PLC, a U.K. corporation,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANT TANFIELD GROUP, PLC, ONLY**

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal of Defendant Tanfield Group, PLC, With Prejudice** [#76][1] filed August 1, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Tanfield Group, PLC, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal of Defendant Tanfield Group, PLC, With Prejudice** [#76] filed August 1, 2011, is **APPROVED**;

    2. That plaintiff's claims against defendant Tanfield Group, PLC, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and

---

[1] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

costs; and

  3.  That defendant, Tanfield Group, PLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

  Dated August 1, 2011, at Denver, Colorado.

              **BY THE COURT:**

              */s/ Robert E. Blackburn*
              Robert E. Blackburn
              United States District Judge