**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02140-REB-MEH

KRISTIN YANKOWSKI,

    Plaintiff,

v.

UPRIGHT INC., a corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on **Plaintiff's Motion To Dismiss Claims Against Defendant Upright, Inc.** [#78][1] filed August 22, 2011. After reviewing the motion and the file, I conclude that the motion should be granted, that plaintiff's claims against defendant Upright, Inc., should be dismissed, and that this action should be closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion To Dismiss Claims Against Defendant Upright, Inc.** [#78] filed August 22, 2011, is **GRANTED**;

2. That plaintiff's claims against defendant, Upright, Inc., are **DISMISSED WITHOUT PREJUDICE**; and

3. That this action is **CLOSED**.

Dated August 23, 2011, at Denver, Colorado.

    **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.